Exhibit "A"

**LAW OFFICES OF GREGG R. DURLOFSKY**
By:  Gregg R. Durlofsky, Esquire
Attorney I.D. #: 66253
111 West Germantown Pike
Plymouth Meeting, PA  19462
(610) 834-9483

*Filed and Attested by the
Office of Judicial Records
29 NOV 2022 09:06 am
S. RICE*

Attorney for Plaintiff

| | | |
|---|---|---|
| Tosha Dickerson | : | COURT OF COMMON PLEAS |
| 1027 Parker Street | : | PHILADELPHIA COUNTY |
| Chester, PA 19013 | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | October Term, 2022 |
| Timarious Keyontae Trainer Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | No. 1053 |
| Fort Hood, TX 76544-1221 | : | |
| | : | **JURY TRIAL DEMANDED** |
| Timarious Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | |
| Fort Hood, TX 76544-1221 | : | |
| | : | |
| Western Express, Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |
| | : | |
| Western Express Transport of Pennsylvania, | : | |
| Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |

## NOTICE TO PLEAD
## COMPLAINT—CIVIL ACTION

### "NOTICE"

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case

### "AVISO"

Le han demandado en corte.  Si usted quiere defenderse contra las demandas nombradas en las paginas siguientes, tiene viente (20) dias a partir de recibir esta demanda y notificacion para entablar personalmente o por un abogado una comparecencia escrita y tambien para entablar con la corte en forma escrita sus defensas y objeciones a las demandas contra usted.  Sea advisado que si usted no se defiende, el caso puede continuar sin usted y la corte puede incorporar un juicio contra

may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief  requested by the plaintiff. You may lose money or property or other rights important to you.

"YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia Bar Association
LAWYER REFERRAL &
INFORMATION   SERVICE
One Reading Center
Philadelphia, PA 19107
(215) 238-6333

usted sin previo aviso para conseguir el dinero demandado en el pleito o para conseguir cualquier otra demanda o alivio solicitados por el demandante.  Usted puede perder dinero o propiedad u otros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE ABOGADO (O NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO), VAYA EN PERSONA O LLAME POR TELEFONO LA OFICINA NOMBRADA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL. ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO..

SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO.

Philadelphia Bar Association
LAWYER REFERRAL & INFORMATION
SERVICE
One Reading Center
Philadelphia, PA 19107
(215) 238-6333

**LAW OFFICES OF GREGG R. DURLOFSKY**

DATED: 11/29/2022          BY:    */s/: Gregg R. Durlofsky*
                                  Gregg R. Durlofsky, Esquire
                                  Attorney for Plaintiff

Case ID: 221001053

**LAW OFFICES OF GREGG R. DURLOFSKY**
By: Gregg R. Durlofsky, Esquire
Attorney I.D. #: 66253
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 834-9483                                              Attorney for Plaintiff

| | | |
|---|---|---|
| Tosha Dickerson | : | COURT OF COMMON PLEAS |
| 1027 Parker Street | : | PHILADELPHIA COUNTY |
| Chester, PA 19013 | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | October Term, 2022 |
| Timarious Keyontae Trainer Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | No. 1053 |
| Fort Hood, TX 76544-1221 | : | |
| | : | **JURY TRIAL DEMANDED** |
| Timarious Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | |
| Fort Hood, TX 76544-1221 | : | |
| | : | |
| Western Express, Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |
| | : | |
| Western Express Transport of Pennsylvania, | : | |
| Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |

---

## COMPLAINT

1.     Plaintiff, Tosha Dickerson (hereafter "Plaintiff"), is an adult individual

residing at the above-captioned address.

2.     Defendant, Timarious Keyontae Trainer Edwards, is an adult individual

residing at the above captioned address who, at all times relevant, was an employee, agent,

and/or servant of Defendant, Western Express, Inc., and/or Defendant, Western Express

Transport of Pennsylvania, Inc.

3.     Defendant, Timarious Edwards, is an adult individual residing at the above

captioned address who, at all times relevant, was an employee, agent, and/or servant of Defendant, Western Express, Inc., and/or Defendant, Western Express Transport of Pennsylvania, Inc.

4.     Defendant, Western Express, Inc., is a business, corporation, limited liability company, partnership and/or other legal entity licensed, operating, and doing business in Philadelphia County, Commonwealth of Pennsylvania, with its registered office and/or agent and/or principal place of business located at the above captioned address who, at all times relevant, was the employer of Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards.

5.     Defendant, Western Express Transport of Pennsylvania, Inc., is a business, corporation, limited liability company, partnership and/or other legal entity licensed, operating, and doing business in Philadelphia County, Commonwealth of Pennsylvania, with its registered office and/or agent and/or principal place of business located at the above captioned address who, at all times relevant, was the employer of Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards.

6.     On or about January 5, 2021, was the operator of a tractor-trailer vehicle (hereafter the "Dickerson vehicle"), which at all times relevant was parked at the Pilot Truck Stop located at or near 205 Wilson Road, in the borough of Bentleyville, Washington County, Commonwealth of Pennsylvania.

7.     At said time and place, Plaintiff was asleep in the sleeper portion of the Dickerson vehicle.

8.     At said time and place Defendant, Timarious Keyontae Trainer Edwards, was the operator of a tractor-trailer vehicle bearing a Tennessee rear semi plate number

050523T, a Tennessee front plate number L2184HY, and bearing USDOT number 511412, further bearing number KN764817 (hereafter the "Edwards vehicle") at or near the Pilot Truck Stop located at or near 205 Wilson Road, in the borough of Bentleyville, Washington County, Commonwealth of Pennsylvania.

9.      In the alternative, at said time and place Defendant, Timarious Edwards, was the operator of the Edwards vehicle at or near the Pilot Truck Stop located at or near 205 Wilson Road, in the borough of Bentleyville, Washington County, Commonwealth of Pennsylvania.

10.      At all times relevant Defendant, Western Express, Inc., and/or Defendant, Western Express Transport of Pennsylvania, Inc. owned and/or maintained the Edwards vehicle.

11.      At said time and place Defendant, Timarious Keyontae Trainer Edwards, was traveling at an excessive speed and failed to observe the Dickerson vehicle, thereby causing the Edwards vehicle to collide with the parked Dickerson vehicle.

12.      In the alternative, at said time and place Defendant, Timarious Edwards, was traveling at an excessive speed and failed to observe the Dickerson vehicle, thereby causing the Edwards vehicle to collide with the parked Dickerson vehicle.

13.      At the time and place aforesaid, Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards, had a clear view of the Dickerson vehicle.

14.      At the time and place aforesaid, there were no obstructions blocking the view of Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards, of the Dickerson vehicle.

15.      At the time and place aforesaid, there were no obstructions blocking the view of Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards, of the

Case ID: 221001053

parked vehicles and/or traffic at or near the Pilot Truck Stop located at or near 205 Wilson

Road, in the borough of Bentleyville, Washington County, Commonwealth of Pennsylvania.

16.     As a result of the collision Plaintiff sustained serious physical injuries as a result of

this incident as more fully set forth hereafter.

17.     Both the Dickerson and Edwards vehicles sustained property damage as a result of

the above referenced collision.

## COUNT I
### Plaintiff, Tosha Dickerson v. Defendant, Timarious Keyontae Trainer Edwards
### Negligence

18.     Plaintiff, Tosha Dickerson, incorporates by reference the preceding paragraphs

inclusive as if set forth herein at length.

19.     The aforesaid incident and injuries sustained by the Plaintiff were caused by the

carelessness, recklessness, and negligence of Defendant, Timarious Keyontae Trainer Edwards,

which included, among other things, the following

        a.     Failing to have the Edwards vehicle under proper and adequate

           control;

        b.     Violating the assured clear distance rule;

        c.     Failing to keep a proper lookout for vehicles;

        d.     Failing to properly operate the Edwards vehicle;

        e.     Failing to respect the rights, position, and safety of vehicles on the

           roadway;

        f.     Failing to properly brake the Edwards vehicle;

        g.     Failing to abide by the rules of the road as set forth in the Pa.C.S.A.

           Chapter 33;

        h.     Traveling at an excessive speed for the conditions;

i.      Failing to properly observe the Dickerson vehicle;

j.      Causing the Edwards vehicle to collide with the Dickerson vehicle;

and

k.      Any and all acts of negligence which may be discovered pursuant to

the Pennsylvania Rules of Civil Procedure.

19.     This incident resulted solely from the carelessness, recklessness, and

negligence of the Defendants and was due in no manor whatsoever to any act or failure to

act on the part of the Plaintiff.

20.     As a result of this incident Plaintiff suffered injuries which are and may be

serious in a permanent nature, some or all of which have caused her and continue to cause

her great pain and agony and have prevented her and may in the future prevent her from

attending to her daily occupational and social activities, all to her great financial damage and

loss.

21.     By reason of the aforesaid incident Plaintiff was caused to suffer great harm

and serious injury to her body and health including: injury to her neck, low back, left leg,

and head; cervical lordosis compatible with muscle spasms; disc bulges at C3-C4,C4-C5,

and L4-L5; disc herniation at L5-S1; lumbar radiculopathy causing numbness and tingling in

the left leg; and headaches.

22.     Further, Plaintiff has been compelled to expend various sums of money

for medicine and medical attention including surgeries in an attempt to treat and cure herself

of her injuries and to incur further expenses as described in 75 Pa.C.S. § 1711 et seq.

23.     As a further result of this incident Plaintiff has or may suffer a

severe loss of earning impairment of earning capacity and powers; said loss of income or

Case ID: 221001053

impairment of earning capacity has or may exceed the sums recoverable under the limitations set forth in 75 Pa.C.S. § 1711 et seq.

24.     As a further result of this incident Plaintiff has suffered severe physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

**WHEREFORE**, Plaintiff, Tosha Dickerson, demands damages from Defendant Timarious Keyontae Trainer Edwards, individually, jointly and/or severally in an amount in excess of Fifty Thousand **($50,000.00)** Dollars, plus interest, delay damages, costs of suit, and such other remedy as seen fit by this court.

## COUNT II
### Plaintiff, Tosha Dickerson v. Defendant, Timarious Edwards
### Negligence

20.     Plaintiff, Tosha Dickerson, incorporates by reference the preceding paragraphs inclusive as if set forth herein at length.

21.     In the alternative, the aforesaid incident and injuries sustained by the Plaintiff were caused by the carelessness, recklessness, and negligence of Defendant, Timarious Edwards, which included, among other things, the following

a.     Failing to have the Edwards vehicle under proper and adequate control;

b.     Violating the assured clear distance rule;

c.     Failing to keep a proper lookout for vehicles;

d.     Failing to properly operate the Edwards vehicle;

e.     Failing to respect the rights, position, and safety of vehicles on the roadway;

f.     Failing to properly brake the Edwards vehicle;

g.     Failing to abide by the rules of the road as set forth in the Pa.C.S.A. Chapter 33;

h.     Traveling at an excessive speed for the conditions;

i.     Failing to properly observe the Dickerson vehicle;

j.     Causing the Edwards vehicle to collide with the Dickerson vehicle; and

k.     Any and all acts of negligence which may be discovered pursuant to the Pennsylvania Rules of Civil Procedure.

19.     This incident resulted solely from the carelessness, recklessness, and negligence of the Defendants and was due in no manor whatsoever to any act or failure to act on the part of the Plaintiff.

20.     As a result of this incident Plaintiff suffered injuries which are and may be serious in a permanent nature, some or all of which have caused her and continue to cause her great pain and agony and have prevented her and may in the future prevent her from attending to her daily occupational and social activities, all to her great financial damage and loss.

21.     By reason of the aforesaid incident Plaintiff was caused to suffer great harm and serious injury to her body and health including: injury to her neck, low back, left leg, and head; cervical lordosis compatible with muscle spasms; disc bulges at C3-C4,C4-C5, and L4-L5; disc herniation at L5-S1; lumbar radiculopathy causing numbness and tingling in the left leg; and headaches.

22.     Further, Plaintiff has been compelled to expend various sums of money for medicine and medical attention including surgeries in an attempt to treat and cure herself

of her injuries and to incur further expenses as described in 75 Pa.C.S. § 1711 et seq.

23.     As a further result of this incident Plaintiff has or may suffer a

severe loss of earning impairment of earning capacity and powers; said loss of income or

impairment of earning capacity has or may exceed the sums recoverable under the

limitations set forth in 75 Pa.C.S. § 1711 et seq.

24.     As a further result of this incident Plaintiff has suffered severe physical pain

and mental anguish and humiliation and may continue to suffer same for an indefinite period

of time in the future.

**WHEREFORE**, Plaintiff, Tosha Dickerson, demands damages from Defendant

Timarious Edwards, individually, jointly and/or severally in an amount in excess of Fifty

Thousand **($50,000.00)** Dollars, plus interest, delay damages, costs of suit, and such other

remedy as seen fit by this court.

### COUNT III
### Plaintiff, Tosha Dickerson v. Defendant, Western Express, Inc.
### Negligence

25.     Plaintiff, Tosha Dickerson, incorporates by reference the preceding paragraphs

inclusive as if set forth herein at length.

26.     The aforesaid incident and injuries sustained by the Plaintiff were caused by the

carelessness, recklessness, and negligence of Defendant, Western Express, Inc., by and through it's

agents, servants, and employees which included, among other things, the following

        a.     All acts imputed to Defendant, Western Express, Inc., due to the

             negligence of its employee, servant, and/or agent Defendant,

             Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious

             Edwards under the doctrine of *respondeat superior*;

        b.     failing to properly train, instruct, and/or supervise Defendant,

Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious

Edwards;

c.      Allowing Defendant, Timarious Keyontae Trainer Edwards, and/or

Defendant, Timarious Edwards, to operate a motor vehicle when it

was known, or with reasonable inquiry would have been known that

he was unfit to drive;

d.      Failing to properly equip and/or repair the Edwards vehicle; and

e.      Any and all acts of negligence which may be discovered pursuant to

the Pennsylvania Rules of Civil Procedure.

27.      This incident resulted solely from the carelessness, recklessness, and

negligence of the Defendants and was due in no manor whatsoever to any act or failure to

act on the part of the Plaintiff.

28.      As a result of this incident Plaintiff suffered injuries which are and may be

serious in a permanent nature, some or all of which have caused her and continue to cause

her great pain and agony and have prevented her and may in the future prevent her from

attending to her daily occupational and social activities, all to her great financial damage and

loss.

29.      By reason of the aforesaid incident Plaintiff was caused to suffer great harm

and serious injury to her body and health including: injury to her neck, low back, left leg,

and head; cervical lordosis compatible with muscle spasms; disc bulges at C3-C4,C4-C5,

and L4-L5; disc herniation at L5-S1; lumbar radiculopathy causing numbness and tingling in

the left leg; and headaches.

30.      Further, Plaintiff has been compelled to expend various sums of money

Case ID: 221001053

for medicine and medical attention including surgeries in an attempt to treat and cure herself of her injuries and to incur further expenses as described in 75 Pa.C.S. § 1711 et seq.

     31.    As a further result of this incident Plaintiff has or may suffer a severe loss of earning impairment of earning capacity and powers; said loss of income or impairment of earning capacity has or may exceed the sums recoverable under the limitations set forth in 75 Pa.C.S. § 1711 et seq.

     32.    As a further result of this incident Plaintiff has suffered severe physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

     **WHEREFORE**, Plaintiff, Tosha Dickerson, demands damages from Defendant Western Express, Inc., individually, jointly and/or severally in an amount in excess of Fifty Thousand **($50,000.00)** Dollars, plus interest, delay damages, costs of suit, and such other remedy as seen fit by this court.

### COUNT IV
### Plaintiff, Tosha Dickerson v. Defendant, Western Express Transport of Pennsylvania, Inc.
### <u>Negligence</u>

     33.    Plaintiff, Tosha Dickerson, incorporates by reference the preceding paragraphs inclusive as if set forth herein at length.

     34.    In the alternative, the aforesaid incident and injuries sustained by the Plaintiff were caused by the carelessness, recklessness, and negligence of Defendant, Western Express Transport of Pennsylvania, Inc., by and through it's employees, agents, and/or servants which included, among other things, the following

        a.    All acts imputed to Defendant, Western Express Transport of Pennsylvania, Inc., due to the negligence of its employee, servant,

and/or agent Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards under the doctrine of *respondeat superior*;

b.     failing to properly train, instruct, and/or supervise Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards;

c.     Allowing Defendant, Timarious Keyontae Trainer Edwards, and/or Defendant, Timarious Edwards, to operate a motor vehicle when it was known, or with reasonable inquiry would have been known that he was unfit to drive;

d.     Failing to properly equip and/or repair the Edwards vehicle; and

f.     Any and all acts of negligence which may be discovered pursuant to the Pennsylvania Rules of Civil Procedure.

35.     This incident resulted solely from the carelessness, recklessness, and negligence of the Defendants and was due in no manor whatsoever to any act or failure to act on the part of the Plaintiff.

36.     As a result of this incident Plaintiff suffered injuries which are and may be serious in a permanent nature, some or all of which have caused her and continue to cause her great pain and agony and have prevented her and may in the future prevent her from attending to her daily occupational and social activities, all to her great financial damage and loss.

37.     By reason of the aforesaid incident Plaintiff was caused to suffer great harm and serious injury to her body and health including: injury to her neck, low back, left leg,

Case ID: 221001053

and head; cervical lordosis compatible with muscle spasms; disc bulges at C3-C4,C4-C5, and L4-L5; disc herniation at L5-S1; lumbar radiculopathy causing numbness and tingling in the left leg; and headaches.

38.     Further, Plaintiff has been compelled to expend various sums of money for medicine and medical attention including surgeries in an attempt to treat and cure herself of her injuries and to incur further expenses as described in 75 Pa.C.S. § 1711 et seq.

39.     As a further result of this incident Plaintiff has or may suffer a severe loss of earning impairment of earning capacity and powers; said loss of income or impairment of earning capacity has or may exceed the sums recoverable under the limitations set forth in 75 Pa.C.S. § 1711 et seq.

40.     As a further result of this incident Plaintiff has suffered severe physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

**WHEREFORE**, Plaintiff, Tosha Dickerson, demands damages from Defendant Western Express Transport of Pennsylvania, Inc., individually, jointly and/or severally in an amount in excess of Fifty Thousand (**$50,000.00**) Dollars, plus interest, delay damages, costs of suit, and such other remedy as seen fit by this court.

**LAW OFFICES OF GREGG R. DURLOFSKY**


DATED: 11/29/2022                    BY:    */s/: Gregg R. Durlofsky*
                                                    Gregg R. Durlofsky, Esquire
                                                    Attorney for Plaintiff

**LAW OFFICES OF GREGG R. DURLOFSKY**
By: Gregg R. Durlofsky, Esquire
Attorney I.D. #: 66253
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 834-9483

| | | |
|---|---|---|
| Tosha Dickerson | : | COURT OF COMMON PLEAS |
| 1027 Parker Street | : | PHILADELPHIA COUNTY |
| Chester, PA 19013 | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | October Term, 2022 |
| Timarious Keyontae Trainer Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | No. 1053 |
| Fort Hood, TX 76544-1221 | : | |
| | : | **JURY TRIAL DEMANDED** |
| Timarious Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | |
| Fort Hood, TX 76544-1221 | : | |
| | : | |
| Western Express, Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |
| | : | |
| Western Express Transport of Pennsylvania, | : | |
| Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |

Attorney for Plaintiff

---

## CERTIFICATE OF COMPLIANCE

I, Gregg R. Durlofsky, hereby certify that this filing complies with the provisions of the *Public Access Policy of the United Judicial System of Pennsylvania: Case Records of Appellate and Trial Courts* that requires filing confidential information and documents differently than non-confidential information and documents.

**LAW OFFICES OF GREGG R. DURLOFSKY**

DATED: 11/29/2022          BY:     */s/: Gregg R. Durlofsky*
                                    Gregg R. Durlofsky, Esquire
                                    Attorney for Plaintiff

Case ID: 221001053

**LAW OFFICES OF GREGG R. DURLOFSKY**
By:  Gregg R. Durlofsky, Esquire
Attorney I.D. #: 66253
111 West Germantown Pike
Plymouth Meeting, PA  19462
(610) 834-9483                                                    Attorney for Plaintiff

| | | |
|---|---|---|
| Tosha Dickerson | : | COURT OF COMMON PLEAS |
| 1027 Parker Street | : | PHILADELPHIA COUNTY |
| Chester, PA 19013 | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | October Term, 2022 |
| Timarious Keyontae Trainer Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | No. 1053 |
| Fort Hood, TX 76544-1221 | : | |
| | : | **JURY TRIAL DEMANDED** |
| Timarious Edwards | : | |
| 51774 Comanche Circle, Apt 1 | : | |
| Fort Hood, TX 76544-1221 | : | |
| | : | |
| Western Express, Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |
| | : | |
| Western Express Transport of Pennsylvania, | : | |
| Inc. | : | |
| 7135 Centennial Place | : | |
| Nashville, TN 37209 | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Gregg R. Durlofsky, hereby certify that I have forwarded a true and correct copy

of Plaintiff's Civil Action – Complaint by first class mail, postage prepaid on the date shown

below on all parties as follows:

Jonathan C. Springer, Esquire
Salmon, Ricchezza, Singer & Turchi, LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103
*Attorneys for Defendants, Timarious Edwards (i/p/a Timarious Edwards and Timarious*
*Keyontae Trainer Edwards) and Western Express, Inc. (i/p/a Western Express, Inc. and*
*Western Express Transport of Pennsylvania, Inc.)*

Case ID: 221001053

**LAW OFFICES OF GREGG R. DURLOFSKY**

DATED: <u>11/29/2022</u>          BY:     <u>*/s/: Gregg R. Durlofsky*</u>
                                          Gregg R. Durlofsky, Esquire
                                          Attorney for Plaintiff

## **VERIFICATION**

I, <u>Tosha Dickerson</u>, having read the foregoing <u>Plaintiff's Complaint</u>, verify the statements contained therein are true and correct to the best of my personal knowledge, information and belief.

This statement and verification is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to sworn falsification to authorities, which provides that should I make known false averments I may be subject to criminal penalties.

*Tosha L. Dickerson*

Case ID: 221001053

EXHIBIT "B"

# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

---

ATTORNEYS AT LAW

BRIAN B. CARNECCHIA, ESQ.
bcarnecchia@c-wlaw.com

1011 Mumma Rd, Suite 201
Lemoyne, PA  17043-1145

Phone:  (717) 975-9600
Fax:  (717) 975-3846

Visit us online at
www.C-WLAW.com

January 7, 2022

VIA EMAIL:
Robert C. Ewing, Esquire
116 W. Baltimore Ave.
P.O. Box 728
Media, PA 19063

RE:    Tosha Dickerson v. JB Hunt Transport, Inc.
Claim No.:  C166C314566X-A
Court Case No.:  8601954
Date of Injury:  1/05/2021
Our File No.:  1497-81768H

Dear Mr. Ewing:

In response to your correspondence of December 30, 2021 requesting the updated lien information in this matter, please find enclosed the payment ledgers provided by my client:

Indemnity - $32,008.59
Medical - $29,440.17

Very truly yours,

*/s/ Brian B. Carnecchia*

Brian B. Carnecchia

BBC/bm
Enclosures

PENNSYLVANIA · NEW JERSEY · NEW YORK · DELAWARE · MARYLAND · WASHINGTON, DC · VIRGINIA · WEST VIRGINIA · GEORGIA

| Check# | Pay Code | Total Amount | Total Amt | Service Start D. | Service End Date | Payee | Issue Date: EFT | Payment S | Active | Claimant/Line | Pay Code Group | Financial Entry | Financial T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CN20036771 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 11/3/2021 | 11/9/2021 | DICKERSON,TOSHA | 11/8/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN20040713 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 11/10/2021 | 11/16/2021 | DICKERSON,TOSHA | 11/16/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN20033616 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 10/27/2021 | 11/2/2021 | DICKERSON,TOSHA | 11/1/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN20027182 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 10/13/2021 | 10/19/2021 | DICKERSON,TOSHA | 10/18/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN20047420 | TT - Temporary Total - Non IRS | 391.53 | 391.53 | 11/17/2021 | 11/20/2021 | DICKERSON,TOSHA | 11/24/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN20030222 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 10/20/2021 | 10/26/2021 | DICKERSON,TOSHA | 10/25/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN20050630 | TT - Temporary Total - Non IRS | 783.06 | 783.06 | 11/21/2021 | 11/28/2021 | DICKERSON,TOSHA | 11/30/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84547482 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 3/3/2021 | 3/9/2021 | DICKERSON,TOSHA | 3/5/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84611223 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 8/17/2021 | 8/23/2021 | DICKERSON,TOSHA | 3/19/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84577983 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 3/10/2021 | 3/16/2021 | DICKERSON,TOSHA | 3/12/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84546565 | TT - Temporary Total - Non IRS | 1370.38 | 1370.38 | 8/18/2021 | 8/31/2021 | DICKERSON,TOSHA | 8/26/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85146743 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 9/1/2021 | 9/7/2021 | DICKERSON,TOSHA | 9/4/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85111422 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 8/11/2021 | 8/17/2021 | DICKERSON,TOSHA | 8/13/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85074183 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 7/28/2021 | 8/3/2021 | DICKERSON,TOSHA | 7/30/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85054921 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 7/21/2021 | 7/27/2021 | DICKERSON,TOSHA | 7/23/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85093571 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 8/4/2021 | 8/10/2021 | DICKERSON,TOSHA | 8/6/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84785223 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 4/28/2021 | 5/4/2021 | DICKERSON,TOSHA | 4/30/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84775535 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 4/21/2021 | 5/11/2021 | DICKERSON,TOSHA | 4/23/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84837636 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 5/5/2021 | 4/20/2021 | DICKERSON,TOSHA | 5/7/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84775311 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 3/31/2021 | 4/6/2021 | DICKERSON,TOSHA | 4/16/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84670672 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 4/14/2021 | 3/30/2021 | DICKERSON,TOSHA | 4/2/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84693930 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 3/24/2021 | 4/13/2021 | DICKERSON,TOSHA | 3/26/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84693912 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 4/7/2021 | 7/20/2021 | DICKERSON,TOSHA | 4/9/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85035650 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 7/14/2021 | 7/6/2021 | DICKERSON,TOSHA | 7/16/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85006451 | TT - Temporary Total - Non IRS | 1370.83 | 1370.83 | 6/23/2021 | 7/6/2021 | DICKERSON,TOSHA | 7/6/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85022267 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 7/7/2021 | 7/13/2021 | DICKERSON,TOSHA | 7/12/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84356895 | TT - Temporary Total - Non IRS | 2055.57 | 2055.57 | 1/6/2021 | 1/26/2021 | DICKERSON,TOSHA | 1/26/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84965574 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 5/26/2021 | 6/1/2021 | DICKERSON,TOSHA | 6/21/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84965569 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 6/9/2021 | 6/22/2021 | DICKERSON,TOSHA | 6/21/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84921889 | TT - Temporary Total - Non IRS | 1370.38 | 1370.38 | 6/2/2021 | 6/8/2021 | DICKERSON,TOSHA | 6/4/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85184461 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 9/8/2021 | 9/14/2021 | DICKERSON,TOSHA | 9/10/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85241457 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 9/29/2021 | 10/5/2021 | DICKERSON,TOSHA | 10/1/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85222021 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 9/22/2021 | 9/28/2021 | DICKERSON,TOSHA | 9/24/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84697686 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 9/15/2021 | 9/21/2021 | DICKERSON,TOSHA | 9/17/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84857566 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 5/12/2021 | 5/18/2021 | DICKERSON,TOSHA | 5/14/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84882037 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 5/19/2021 | 5/25/2021 | DICKERSON,TOSHA | 5/21/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84515990 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 2/17/2021 | 3/2/2021 | DICKERSON,TOSHA | 2/26/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84431254 | TT - Temporary Total - Non IRS | 2055.57 | 2055.57 | 2/17/2021 | 2/16/2021 | DICKERSON,TOSHA | 2/11/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84475462 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 2/17/2021 | 2/23/2021 | DICKERSON,TOSHA | 2/19/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN85257018 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 10/6/2021 | 10/12/2021 | DICKERSON,TOSHA | 10/7/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84903649 | TT - Temporary Total - Non IRS | 685.19 | 685.19 | 5/26/2021 | 6/1/2021 | DICKERSON,TOSHA | 6/18/2021 | Posted | Yes | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |
| CN84903649 | TT - Temporary Total - Non IRS | 0 | 0 | 5/26/2021 | 6/1/2021 | DICKERSON,TOSHA | 6/18/2021 | Posted | No | DICKERSON,TOSHA / Indemnity | WC - Indemnity - Benefit | Loss Payment | Payment |

32008.59

| Check# | Pay Code | Total Amount | Total Amount | Service Start Date | Service End Date | Payee | Issue Date | EFT Payment | Activ Claimant/Line | Pay Code Group | Financial Categor | Financial Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHK0014420 | MRX - Radiology / Diagnostic Studies - IRS | 412.88 | 412.88 | 1/6/2021 | 1/6/2021 | IMAGING GROUP OF DELAWARE PA | 10/21/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| B950351679 | MDX - Doctor - IRS | 113.4 | 113.4 | 7/22/2021 | 7/22/2021 | INSTITUTE FOR SPINAL SURGERY INC DR | 10/5/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0010446 | MDX - Doctor - IRS | 190.61 | 190.61 | 5/5/2021 | 5/5/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 10/5/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B950486483 | OHX - Physical Therapy Payments - IRS | 0 | 0 | 10/7/2021 | 10/7/2021 | INSTITUTE FOR SPINAL SURGERY INC DR | 10/28/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0282156 | MDX - Doctor - IRS | 896.2 | 896.2 | 9/17/2021 | 9/22/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 9/22/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0314572 | MDX - Doctor - IRS | 60.41 | 60.41 | 10/5/2021 | 10/5/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 10/5/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0354918 | MDX - Doctor - IRS | 0 | 0 | 10/7/2021 | 10/7/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 11/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0514453 | MDX - Doctor - IRS | 197.51 | 197.51 | 10/13/2021 | 10/13/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 12/14/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0514566 | MDX - Doctor - IRS | 172.12 | 172.12 | 10/5/2021 | 10/5/2021 | INSTITUTE FOR SPINAL SURGERY INC DR | 12/14/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B450308886 | MDX - Doctor - IRS | 0 | 0 | 8/5/2021 | 8/5/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 12/14/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0367955 | MRX - Radiology / Diagnostic Studies - IRS | 561.38 | 561.38 | 10/14/2021 | 10/26/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 11/17/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| B450354050 | MDX - Doctor - IRS | 510.4 | 510.4 | 9/10/2021 | 9/14/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 11/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0378912 | OHX - Physical Therapy Payments - IRS | 417.27 | 417.27 | 9/28/2021 | 9/28/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 10/13/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0369422 | MDX - Doctor - IRS | 494.57 | 494.57 | 1/6/2021 | 1/6/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 10/21/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B350354887 | MRX - Radiology / Diagnostic Studies - IRS | 0 | 0 | 10/7/2021 | 10/7/2021 | EMERGENCY PHYSICIAN ASSOCIATES DR | 10/21/202 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0534565 | MDX - Doctor - IRS | 244.86 | 244.86 | 10/7/2021 | 10/7/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 11/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B350408112 | MDX - Doctor - IRS | 475.48 | 475.48 | 1/27/2021 | 2/3/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/28/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0407936 | OHX - Physical Therapy Payments - IRS | 259.3 | 259.3 | 1/6/2021 | 1/6/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| B850461852 | OHX - Physical Therapy Payments - IRS | 0 | 0 | 2/3/2021 | 2/9/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/5/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| B850461452 | MDX - Doctor - IRS | 0 | 0 | 2/25/2021 | 2/25/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/17/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0401451 | MDX - Doctor - IRS | 142.3 | 142.3 | 2/16/2021 | 2/16/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/18/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B850401457 | MDX - Doctor - IRS | 0 | 0 | 2/25/2021 | 2/25/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/17/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0401439 | MDX - Doctor - IRS | 213.97 | 213.97 | 1/26/2021 | 1/26/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/17/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0184316 | MDX - Doctor - IRS | 284.6 | 284.6 | 7/30/2021 | 8/5/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 3/3/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0164743 | OHX - Durable Medical Equipment - IRS | 123.6 | 123.6 | 6/7/2021 | 6/7/2021 | EG MEDICAL EQUIPMENT | 9/3/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0188661 | OHX - Physical Therapy Payments - IRS | 896.2 | 896.2 | 8/11/2021 | 8/19/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 9/9/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| B850125726 | DUX - Durable Medical Equipment - IRS | 0 | 0 | 7/9/2021 | 7/9/2021 | EG MEDICAL EQUIPMENT | 9/7/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0512577 | MDX - Doctor - IRS | 142.3 | 142.3 | 7/12/2021 | 7/12/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/30/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0513764 | DUX - Durable Medical Equipment - IRS | 148.95 | 148.95 | 7/23/2021 | 7/22/2021 | INSTITUTE FOR SPINAL SURGERY INC DR | 8/29/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0512724 | MDX - Doctor - IRS | 489.75 | 489.75 | 6/29/2021 | 7/6/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0513728 | MDX - Doctor - IRS | 287.04 | 287.04 | 7/8/2021 | 7/8/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0512724 | OHX - Physical Therapy Payments - IRS | 928.13 | 928.13 | 6/21/2021 | 6/22/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0512572 | OHX - Physical Therapy Payments - IRS | 118.3 | 118.3 | 4/22/2021 | 4/22/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0512573 | DUX - Durable Medical Equipment - IRS | 567.99 | 567.99 | 5/5/2021 | 5/5/2021 | EG MEDICAL EQUIPMENT | 8/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0524506 | MDX - Doctor - IRS | 60.41 | 60.41 | 7/20/2021 | 7/20/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/24/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0473368 | MDX - Doctor - IRS | 76.41 | 76.41 | 3/18/2021 | 3/18/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 4/19/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0487043 | MAX - All Other Medical - IRS | 349.34 | 349.34 | 7/20/2021 | 7/27/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 8/24/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0443573 | MDX - Doctor - IRS | 239.92 | 239.92 | 2/24/2021 | 2/26/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 5/5/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0463372 | MDX - Doctor - IRS | 247.04 | 247.04 | 2/9/2021 | 2/9/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/6/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0463578 | BMX - Additional Doctor Payments - IRS | 76.41 | 76.41 | 6/14/2021 | 6/14/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B850459393 | BMX - Additional Doctor Payments - IRS | 316.86 | 316.86 | 2/26/2021 | 2/26/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B850459390 | OHX - Physical Therapy Payments - IRS | 118.3 | 118.3 | 3/2/2021 | 3/2/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| CHK0518333 | MDX - Doctor - IRS | 263.36 | 263.36 | 3/29/2021 | 3/29/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0462950 | DUX - Durable Medical Equipment - IRS | 356.86 | 356.86 | 2/24/2021 | 2/24/2021 | EG MEDICAL EQUIPMENT | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |
| B850447295 | MDX - Doctor - IRS | 486.82 | 486.82 | 3/10/2021 | 3/12/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 4/1/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0493190 | MDX - Doctor - IRS | 1658.25 | 1658.25 | 3/9/2021 | 3/9/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 4/6/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0505806 | MDX - Doctor - IRS | 172.12 | 172.12 | 3/18/2021 | 3/18/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 4/29/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0503557 | MDX - Doctor - IRS | 129.6 | 129.6 | 6/9/2021 | 6/9/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 4/20/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0509393 | MDX - Doctor - IRS | 643.9 | 643.9 | 6/8/2021 | 6/14/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/6/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0509398 | BMX - Additional Doctor Payments - IRS | 76.41 | 76.41 | 3/2/2021 | 3/2/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0509359 | BMX - Additional Doctor Payments - IRS | 118.3 | 118.3 | 3/2/2021 | 3/2/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0616935 | BMX - Additional Doctor Payments - IRS | 263.36 | 263.36 | 3/29/2021 | 3/29/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0496243 | MDX - Doctor - IRS | 209.54 | 209.54 | 2/25/2021 | 2/25/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/8/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| B850459345 | BMX - Additional Doctor Payments - IRS | 316.86 | 316.86 | 2/25/2021 | 2/25/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/12/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0435190 | MDX - Doctor - IRS | 595.9 | 595.9 | 6/1/2021 | 6/2/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 7/12/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Doctor Loss Payment | Payment |
| CHK0416500 | OHX - Physical Therapy Payments - IRS | 122.3 | 122.3 | 5/4/2021 | 5/4/2021 | SPRINGFIELD SPORTS MEDICAL CENTER | 6/2/2021 | Yes | DICKERSON,TOSHA / Medical WC | Medical WC - Medical | Other Loss Payment | Payment |

| Check # | Description | Amount | Amount / Date | Provider | Date | Status | Authorized | Loss Description | Type |
|---|---|---|---|---|---|---|---|---|---|
| CN84957497 | MDX - Doctor - IRS | 510.08 | 510.08 5/13/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 6/18/2021 | 5/20/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN84925624 | MDX - Doctor - IRS | 352.86 | 352.86 5/7/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 6/8/2021 | 5/7/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN84926423 | DHX - Physical Therapy Payments - IRS | 465.26 | 465.26 4/28/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 6/8/2021 | 4/28/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN84950422 | OHX - Physical Therapy Payments - IRS | 449.26 | 449.26 4/29/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 6/8/2021 | 4/29/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN84957482 | MDX - Doctor - IRS | 756.96 | 756.96 5/21/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 6/18/2021 | 5/26/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN85212914 | MDX - Doctor - IRS | 456.83 | 456.83 7/16/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 9/22/2021 | 7/19/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN85212924 | MDX - Doctor - IRS | 100.41 | 100.41 7/19/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 9/22/2021 | 7/19/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN85278085 | MRX - Radiology / Diagnostic Studies - IRS | 600 | 600 6/18/2021 | RITTENHOUSE IMAGING CENTER LLC | 6/28/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN85272266 | BMX - Additional Doctor Payments - IRS | 0 | 0 3/18/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 9/24/2021 | 3/23/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN85871981 | MDX - Doctor - IRS | 188.12 | 188.12 4/23/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 5/20/2021 | 4/23/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN84895455 | DUX - Durable Medical Equipment - IRS | 129.6 | 129.6 4/8/2021 | EG MEDICAL EQUIPMENT | 5/9/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN84898109 | MRX - Radiology / Diagnostic Studies - IRS | 600 | 600 4/19/2021 | RITTENHOUSE IMAGING CENTER LLC | 4/19/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN84906547 | MAX - All Other Medical - IRS | 753.07 | 753.07 4/23/2021 | Paradigm | 6/1/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| BR84425671 | DRX - Drugs - IRS | 0 | 0 1/9/2021 | HEALTHLIFT PHARMACY SERVIES | 1/9/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Drugs Loss Payment | Payment |
| BR84439351 | DRX - Drugs - IRS | 0 | 0 1/9/2021 | HEALTHLIFT PHARMACY SERVIES | 1/9/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Drugs Loss Payment | Payment |
| CN84450509 | HLX - Hospital - IRS | 6290.8 | 6290.8 1/6/2021 | ST FRANCIS HOSPITAL | 2/16/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Hospit Loss Payment | Payment |
| CN85246973 | OHX - Physical Therapy Payments - IRS | 303.36 | 303.36 8/18/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 10/5/2021 | 8/18/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN85246972 | OHX - Physical Therapy Payments - IRS | 378.28 | 378.28 8/26/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 10/5/2021 | 8/26/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN85246958 | OHX - Physical Therapy Payments - IRS | 572.34 | 572.34 9/3/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 10/5/2021 | 9/8/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |
| CN85252569 | MDX - Doctor - IRS | 287.04 | 287.04 9/2/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 10/7/2021 | 9/2/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Docto Loss Payment | Payment |
| CN85257677 | OHX - Physical Therapy Payments - IRS | 303.36 | 303.36 8/27/2021 | SPRINGFIELD SPORTS MEDICAL CENTER 10/8/2021 | 8/27/2021 | Posted | Yes | DICKERSON,TOSHA / Medial WC: Medical - Other Loss Payment | Payment |

**29440.17**

 

**AKUMIN**™

Akumin Springfield
891 Baltimore Pike
Springfield, PA 19064

Phone: **(610) 543-8860**
Fax: **(610) 543-6237**
Website: akumin.com

Exam requested by:
ROBERT SING DO
166 SAXER AVENUE
SPRINGFIELD PA/Pennsylvania 19064
Fax: (610) 328-4440
MRI CERVICAL SPINE WITHOUT CONTRAST [72141] - Neuro

**Patient:** DICKERSON, TOSHA
**Date of Birth:** 10-16-1970
**Phone:** (302) 561-8220
**MRN:** 7105538 **Acc:** ER108190071
**Date of Exam:** 04-19-2021

CLINICAL HISTORY: WORK RELATED MVA ON 1/6/21 PATIENT STATES NECK PAIN WITH B/L ARM RADICULOPATHY STIFFNESS WITH ACTIVITY.

TECHNIQUE: MRI of the cervical spine was performed utilizing multiple sequences in axial and sagittal planes without IV contrast material.

COMMENTS:
The visualized osseous elements are intact with no evidence of fracture or dislocation. The marrow signals are within normal limits. The cervical cord is of normal uniform signal intensity without evidence of focal expansion. There is no evidence for tonsillar herniation. Limited views of the posterior fossa reveal no abnormalities.
There is straightening of the cervical lordosis compatible with muscle spasm.
C2-C3, there is no disc herniation or bulge present. The canal and foramina are patent.
C3-C4, 1 mm bulge indents the ventral thecal sac. The canal and foramina are patent.
C4-C5, broad based herniation measures 2 mm approaches the cord. Canal is borderline stenotic. Foramina are patent.
C5-C6, annular tear with broad based herniation measures 3 mm. Superimposed bulge is seen. Moderate to severe bilateral foraminal stenosis. Canal is patent.
C6-C7, annular tear with broad based herniation measures 3 mm. Superimposed bulge is seen. Moderate to severe bilateral foraminal stenosis. Canal is patent.
C7-T1, there is no disc herniation or bulge present. The canal and foramina are patent.

IMPRESSION:

1. Straightening of the cervical lordosis compatible with muscle spasm.
2. C3-C4, 1 mm bulge indents the ventral thecal sac.
3. C4-C5, broad based herniation approaches the cord. Canal is borderline stenotic.

4. C5-C6, annular tear with broad based herniation. Superimposed bulge is seen. Moderate to severe bilateral foraminal stenosis.
5. C6-C7, annular tear with broad based herniation. Superimposed bulge is seen. Moderate to severe bilateral foraminal stenosis.
Electronically signed by: Michael Yuz, M.D., M.B.A., Certified By ABR on 04/22/2021 09:05:08

*Thank you for referring your patient to Akumin Springfield*

Yuz, Michael
*Electronically Signed: 04/22/2021*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

# EXHIBIT "C"

LOST WAGES
of
TOSHA DICKERSON

Total Wages for 2020     =     $49,170.68
Divided by 52 weeks      =     $945.59/week

Out of Work from January 5, 2021 through November 29, 2021 = 47 weeks

Total Wages Out of Work Wages ($945.59 x 47) ................................. $44,442.72

Amount paid by Workers Compensation ............................................. $32,008.59

TOTAL LOST WAGES ...................................................................... $12,434.14